IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ALBERT MAXIMILLIAN JEREMIAS

Criminal No. 24-187

[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant ALBERT MAXIMILLIAN JEREMIAS being arraigned, pleads _Not Guilty_ in open Court this _21st_ day of _August_, 20 _24_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)